A case can-
not be turned
into a special
verdict, unless
there be a stip-
ulation to this
effect at the
trial.

## WOOLSEY *against* CAMP.

THE verdict being for the defendant, and a case being made presenting several questions of law, as to the decisions of the Judge at *nisi prius* ;

*S. A. Foot*, on an affidavit that the defendant's counsel omitted, by mistake, at the trial, either to take a bill of exceptions upon the points of law arising and decided there, or to request the Circuit Judge that the case might be turned into a bill of exceptions, or a special verdict ; and that he was desirous to bring error, if the judgment should be against him ; moved for leave to turn the case into a bill of exceptions.

*J. Platt*, contra.

*Curia.* This is never done, unless there is a stipulation to that effect at the trial. It is almost a matter of course for a Circuit Judge to grant leave to turn a contemplated case into a special verdict or bill of exceptions, if requested by either party, at the trial ; but this should appear, by stipulation, in the case, or in some other way. A bill of exceptions, or special verdict, is a part of the business of the trial ; and if not sought for in any way there, it cannot be obtained afterwards.

Motion denied.